No. 03–7466.  HERRERA *v.* SUBLETT ET AL.  C. A. 9th Cir. Certiorari denied.

No. 03–7468.  HAWKINS *v.* CORNELL, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–7470.  GAINES *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 03–7474.  GRAY *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–7478.  FENLON *v.* MOSKOWITZ ET AL.  C. A. 5th Cir. Certiorari denied.

No. 03–7480.  HOAGLIN *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 03–7481.  FALONI *v.* BLUM, YUMKAS, MAILMAN, GUTMAN & DENICK, P. A., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–7482.  CRUZ HINOJOSA *v.* GIURBINO, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–7488.  THOMPSON *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 03–7489.  VILLAMAR *v.* HICKMAN, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–7497.  PACE *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 03–7501.  BELL *v.* OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–7505.  BROWN *v.* BURT, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–7508.  SULLIVAN *v.* SOUTH CAROLINA DEPARTMENT OF CORRECTIONS.  Sup. Ct. S. C.  Certiorari denied.